IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50611
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

GABRIEL GONZALO CAMPOS-LANDAVER,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-98-CR-169-ALL-H
- - - - - - - - - -

January 11, 1999

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Gabriel Gonzalo Campos-Landaver
(Campos) has filed a motion to withdraw as counsel and a brief as
required by *Anders v. California*, 386 U.S. 738 (1967).  Our
independent review of counsel's brief, the brief submitted by
Campos in response, and the record on appeal discloses no non-
frivolous issues.  Accordingly counsel is excused from further
responsibilities, and the APPEAL IS DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.